```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 00661
   JACKIE E WILSON
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-6625

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 01/11/2008 and was confirmed 04/02/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 09/03/2008.
------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE  UNSECURED          807.32         .00            .00
COMMONWEALTH EDISON       UNSECURED          266.16         .00            .00
CREDIT UNION 1            SECURED VEHIC     3944.01       28.08         267.02
PREMIER BANCARD CHARTER   UNSECURED          504.76         .00            .00
AT & T                    UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO PARKING   UNSECURED          456.26         .00            .00
ECAST SETTLEMENT CORP     UNSECURED          866.52         .00            .00
NCO FINANCIAL INC         UNSECURED       NOT FILED         .00            .00
CITY OF CHICAGO WATER DE  SECURED            154.00         .00            .00
CITI MORTGAGE             CURRENT MORTG        .00          .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED         .00            .00
CITI MORTGAGE             MORTGAGE ARRE    5500.00          .00            .00
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT       6.00          .00           6.00
CITI MORTGAGE             UNSECURED       NOT FILED         .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY      3,500.00                      12.61
TOM VAUGHN                TRUSTEE                                        27.29
DEBTOR REFUND             REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               341.00

PRIORITY                                     6.00
SECURED                                    267.02
    INTEREST                                28.08
UNSECURED                                     .00
ADMINISTRATIVE                              12.61
TRUSTEE COMPENSATION                        27.29
DEBTOR REFUND                                 .00
                    ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 00661 JACKIE E WILSON
```

```
TOTALS                                     341.00                  341.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/22/08                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```